**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**DIANE TULLOS AND WAYNE TULLOS**                                   **PLAINTIFFS**

**VS.**                                   **CIVIL ACTION NO. 5:07-cv-141-DCB-JMR**

**WAL-MART STORES EAST, LP**                                   **DEFENDANT**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for consideration on the *ore tenus* motion of Plaintiffs, Diane

Tullos and Wayne Tullos, through their attorney, for entry of a Judgment of Dismissal to dismiss this

cause with prejudice on the basis that all claims have been fully resolved and compromised, the

Court, understanding that counsel for the Defendants joins in with this motion, finds that the relief

requested is well founded and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED**, that the herein styled and numbered

cause be, and the same hereby is dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the   23rd   day of      April   , 2008.


                                        s/ David Bramlette
                                   UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:


  s/ Lucien C. Gwin, III
Lucien C. Gwin, III (MSB #5087)
Attorney for Plaintiffs


  s/ Thomas M. Louis
Thomas M. Louis (MSB #8484)
Attorney for Defendants


Tullos vs. Wal-Mart Agreed Judgment of Dismissal